**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DWIGHT ANTHONY RANDALL, JR.,** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **GEORGE W. HILL PRISON** | : | NO. 18-3737 |

## ORDER

**NOW**, this 26th day of September, 2018, upon consideration of plaintiff Dwight Anthony Randall, Jr.'s motion to proceed in forma pauperis (Document No. 1), and his *pro se* Complaint (Document No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

3. Randall is granted leave to file an amended complaint within thirty (30) days of the date of this Order in the event that he can state plausible claims that cure the defects noted in the Memorandum.

4. Any amended complaint shall be a complete document that identifies all of the defendants in the caption in addition to the body, and shall describe in detail the basis for the asserted claims against each defendant.

5. Upon the filing of an amended complaint, the Clerk of Court shall not make service until ordered.

6. The Clerk of Court is directed to provide Randall with a blank copy of this Court's current form complaint for a plaintiff filing a prisoner civil rights action.

7.     If Randall fails to file an amended complaint within thirty (30) days, his case will be dismissed for failure to prosecute.


/s/TIMOTHY J. SAVAGE